IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| RAYMOND BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONAL OFFICER C. FOWLER, COORECTIONAL SGT. JOHN DOE, SUED INDIVIDUALLY AND IN OFFICIAL CAPACITY; AND COORECTIONAL OFFICER JOHN FOE,<br><br>Defendants. | Civil Action No.:<br>2:23-CV-01649-CBB-MRH<br><br>United States Magistrate Judge<br>Christopher B. Brown |

**ORDER REVOKING *IN FORMA PAUPERIS* STATUS**

AND NOW, this 4th day of April, 2025, it is hereby ORDERED that Defendant C. Fowler's motion to vacate order on motion for leave to proceed *in forma pauperis* ("IFP") ECF No. 75 is GRANTED and Brown's IFP status is REVOKED in accordance with 28 U.S.C. § 1915(g).

IT IS FURTHER ORDERED that this action is dismissed without prejudice to Brown reopening it by paying the full statutory and administrative filing fees totaling $405.00.

IT IS FURTHER ORDERED that Brown must submit the full statutory and administrative filing fees by **May 5, 2025**. If the full statutory and administrative filing fees are not submitted by that date, it will be recommended this case be dismissed with prejudice for failure to prosecute.

1

IT IS FURTHER ORDERED that Brown's pending Motion for Temporary Restraining Order ECF No. 66 is dismissed as moot.

Our Local Rules permit objections to non-dispositive determinations of Magistrate Judges. Therefore, under the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), Rule 72 of the Federal Rules of Civil Procedure, and Rule 72.C.2 of the Local Rules of Court, Brown must file written objections, if any, to the Court's determination by **April 24, 2025.** Brown is cautioned that failure to file Objections within this timeframe "will waive the right to appeal." *Brightwell v. Lehman*, 637 F.3d 187, 193 n.7 (3d Cir. 2011) (quoting *Siers v. Morrash*, 700 F.2d 113, 116 (3d Cir. 1983). *See also Equal Emp. Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (describing standard of appellate review when no timely and specific objections are filed as limited to review for plain error).

                                                     BY THE COURT:

                                                     s/Christopher B. Brown
                                                     United States Magistrate Judge

cc:    RAYMOND BROWN
       LT6439
       SCI PHOENIX
       1200 Mokychic Drive
       Collegeville, PA 19426